GEORGE J. BRUTSCHER v. BOROUGH OF AVALON.

September 16, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES E. NEWMAN.

September 16, 1974. Petition for certification denied.

BRADDOCK FROSTED FOODS, INC. v.
BD. OF ADJUSTMENT OF THE TOWNSHIP OF WINSLOW.

September 16, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. BARRY HUGHES.

September 16, 1974. Petition for certification denied.
(See 128 *N. J. Super.* 363)

CITY OF NEWARK v. ALMA LORRAINE JORDAN.

September 16, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. DAVID FERRILL.

September 16, 1974. Petition for certification denied.